NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAG ACQUISITION, LLC,**
*Appellant*

**v.**

**GOOGLE LLC, THE WALT DISNEY COMPANY, DISNEY STREAMING SERVICES LLC, HULU, LLC, NETFLIX, INC.,**
*Appellees*

---

2024-1630

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01411, IPR2023-00813.

---

## JUDGMENT

---

RONALD ABRAMSON, Liston Abramson LLP, New York, NY, argued for appellant. Also represented by ARI JASON JAFFESS.

EAMONN GARDNER, Cooley LLP, Denver, CO, argued for all appellees. Appellee Google LLC also represented by ORION ARMON; HEIDI LYN KEEFE, Palo Alto, CA.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, for appellees Walt Disney Company, Disney Streaming Services LLC, Hulu, LLC, Netflix, Inc. Also represented by LARISSA S. BIFANO, Boston, MA.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2026
Date

Frances M. McNulty
Chief Deputy Clerk of Court